An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123

## IN THE SUPREME COURT OF THE STATE OF NEVADA

FAISSAL L. AHMEAD,
Petitioner,
vs.
WESTERN MUTUAL INSURANCE
COMPANY,
Respondent.

No. 68432

**FILED**

JUL 21 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

### ORDER DENYING PETITION FOR WRIT OF MANDAMUS

This original, emergency petition for a writ of mandamus seeks an order compelling respondent to extend insurance coverage under a homeowner's policy in defense of petitioner's interests in challenging the foreclosure and sale of his property.[1]

Having reviewed the petition and supporting documents, we are not persuaded that our extraordinary intervention is warranted. NRAP 21(b); *see* NRS 34.160 (providing that a writ of mandamus is available to compel the admission of a party to the use and enjoyment of a right or office from which a corporation precludes the party so entitled); NRS 34.170 (stating that the writ is available only when no other adequate legal remedy exists, upon affidavit of the party beneficially

---

[1]Petitioner's request for emergency relief does not comply with NRAP 21(a)(6) and NRAP 27(e)(3)(B).

15-22084

interested); *Gumm v. State, Dep't of Educ.*, 121 Nev. 371, 375, 113 P.3d 853, 856 (2005) (explaining that this court will exercise its discretion to issue a writ only upon showing a clear, legal right to relief). Accordingly, we

ORDER the petition DENIED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc:     David Lee Phillips & Associates
        Selman Breitman, LLP